NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ETHOX CHEMICALS LLC, JAMES TANNER,**
*Plaintiffs-Appellants*

**v.**

**COCA-COLA COMPANY,**
*Defendant-Cross-Appellant*

---

2016-1786, 2016-1845

---

Appeals from the United States District Court for the District of South Carolina in No. 6:12-cv-01682-KFM, Magistrate Judge Kevin F. McDonald.

---

**JUDGMENT**

---

PHILIP L. HIRSCHHORN, Buchanan Ingersoll & Rooney PC, New York, NY, argued for plaintiffs-appellants. Also represented by ERIN M. DUNSTON, Alexandria, VA.

JOHN D. GARRETSON, Shook, Hardy & Bacon, LLP, Kansas City, MO, argued for defendant-cross-appellant. Also represented by BASIL TRENT WEBB, ANGELA DAWN MITCHELL, CHRISTINE A. GUASTELLO.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (WALLACH, CLEVENGER, and SCHALL, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| April 10, 2017 | /s/ Peter R. Marksteiner |
|----------------|--------------------------|
| Date | Peter R. Marksteiner |
| | Clerk of Court |